152 So.2d 214

**Donald T. OATLEY and Marcelus Oatley**

**v.**

**SOUTHLAND RESORTS, INC.**

No. 46742.

May 7, 1963.

In re: Southland Resorts, Inc., applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Feliciana. 151 So.2d 115.

Application not considered because it was not timely filed. See Sec. 11, Article VII of the LSA–Constitution.

152 So.2d 214

**James H. TURNER and Daisy B. Turner**

**v.**

**SOUTHLAND RESORTS, INC.**

No. 46743.

May 7, 1963.

In re: Southland Resorts, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 151 So.2d 110.

Application not considered because it was not timely filed. See Sec. 11, Article VII of LSA–Constitution.